# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

YANG,

    Appellants,

    v.

705A INVESTORS, LLC,

    Appellees.

Case No. 15-cv-05518-BLF

**ORDER REGARDING MOTION TO STAY**

On November 23, 2015, Appellants filed a notice of appeal from an order the United States Bankruptcy Court for the Northern District of California. ECF 1. The appeal was docketed in this Court under case number 15-05518. On December 8, 2015, Appellees filed an opposition to motion to stay pending appeal that appears to respond to a motion to stay filed by Appellants. ECF 6, 7. However, the Court's docket does not indicate a motion to stay has been filed by Appellants. *See* Docket, Case No. 15-05518.

Upon investigation by the Court, it appears Appellants incorrectly filed a motion to stay under a new case number. *See* Docket, Case No. 15-05476. The Court cannot consider a motion to stay filed under a different case number. Accordingly, if Appellants want the Court to consider their motion to stay, Appellants must correctly file their motion to stay **on or before** December 15, 2015.

**IT IS SO ORDERED.**

Dated: December 10, 2015

_____
BETH LABSON FREEMAN
United States District Judge