# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

YANG,

    Appellants,

    v.

705A INVESTORS, LLC,

    Appellee.

Case No. 15-cv-05518-BLF

**ORDER VACATING HEARING ON MOTION TO STAY**

Pursuant to Civ. L.R. 7-1(b), the Court finds Appellants' motion to stay suitable for submission without oral argument and hereby VACATES the hearing scheduled for April 21, 2016.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
BETH LABSON FREEMAN
United States District Judge